FILED
10/4/17 12:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| JOHN V. DIFELICE | : | Case No. 17-22278TPA |
| *Debtor* | : | |
| | : | Rel to Doc No. 35 |
| JOHN V. DIFELICE | : | |
| *Movants* | : | |
| | : | Hearing: October 12, 2017 at 10:30 a.m. |
| v. | : | |
| STERNS LENDING LLC | : | |
| c/o LOANCARE | : | |
| *Respondent* | : | |

## ORDER

**AND NOW**, this **4th** day of **October, 2017**, it is hereby **ORDERED, ADJUDGED and DECREED** that the *Motion to Allow Debtor to Submit Late Request for LMP* filed by the Debtor at Document No. 35 previously scheduled for November 8, 2017 at 10:30 A.M. in Courtroom C, 54th Fl. U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA has been **RESCHEDULED** to *October 12, 2017 at 10:30 a.m.* Movant shall upload a copy of this order to the Portal.

It is **FURTHER ORDERED** that any Responses to the Motion shall be filed and served on or before *October 10, 2017.*

Thomas P. Agresti, Judge       ljm
United States Bankruptcy Court

Case Administrator to serve:
 Debtor
 Debtor's Counsel
 Francis S. Hallinan, Esq.          Sterns Lending LLC c/o Loancare
 1617 JFK Boulevard                 3637 Sentara Way
 Philadelphia, PA 19103             Virginia Beach, VA 23452

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
John V. DiFelice  
    Debtor

Case No. 17-22278-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: mgut    Page 1 of 1    Date Rcvd: Oct 04, 2017  
                   Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2017.
```
db              +John V. DiFelice,    326 East Beau St.,    Washington, PA 15301-3638
14636718        +Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Boulevard,    Suite 1400,
                  Philadelphia, PA 19103-1814
14636719        +Sterns Lending LLC,    c/o Loancare,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2017                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2017 at the address(es) listed below:
```
              James  Warmbrodt     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of East Washington jhunt@grblaw.com,
               cnoroski@grblaw.com
              Kenneth  Steidl     on behalf of Debtor John V. DiFelice julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com;r53037@no
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```