IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-22278 TPA |
|    John V. DiFelice, | : | Chapter 13 |
|       Debtor | : | |
| | : | Related to Docket No. 35-39 |
| John V. DiFelice, | : | |
|       Movant | : | Hearing Date and Time: |
| | : | October 12, 2017 at 10:30 AM |
|    v. | : | |
| | : | |
| Sterns Lending LLC c/o Loancare, | : | |
|       Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO ALLOW DEBTOR TO SUBMIT LATE REQUEST FOR LOSS MITIGATION

     The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Allow Debtor to Submit Late Request for Loss Mitigation filed on October 3, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Allow Debtor to Submit Late Request for Loss Mitigation appears thereon. Pursuant to the Notice of Hearing, objections for Motion to Allow Debtor to Submit Late Request for Loss Mitigation were to be filed and served no later than October 10, 2017**.**

     It is hereby respectfully requested that the Order attached to the Motion to Allow Debtor to Submit Late Request for Loss Mitigation be entered by the Court.

                                                    Respectfully submitted,

<u>October 11, 2017</u>                      <u>/s/ Kenneth Steidl</u>
Date:                                   Kenneth Steidl, Esquire
                                       Attorney for the Debtor

                                       STEIDL & STEINBERG
                                       707 Grant Street
                                       Suite 2830, Gulf Tower
                                       Pittsburgh, PA 15219
                                       (412) 391-8000
                                       [Ken.steidl@steidl-steinberg.com](mailto:Ken.steidl@steidl-steinberg.com)
                                       PA I.D. No. 34965