Case 17-22278-TPA    Doc 42    Filed 10/13/17    Entered 10/13/17 15:14:36    Desc Main
Document    Page 1 of 1

FILED
10/13/17 11:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-22278-TPA |
| John V. DiFelice | : | Chapter: 13 |
| *Debtor(s)*. | : | Date: 10/12/2017 |
| | : | Time: 10:30 |

## PROCEEDING MEMO

**MATTER:** #35 Application for Approval To Allow Late LMP

**APPEARANCES:**
Debtor: Abagail Steidl
Stearns Lending: No appearance
Trustee: Richard Bedford

**NOTES:**

Steidl: No objections were received. Debtor needs successful modification. I have sent letters to debtor and he has made an appointment to go over paperwork.

**OUTCOME:** GRANTED / OE

*[signature]*
vas