Case 17-22278-TPA    Doc 44    Filed 10/15/17    Entered 10/16/17 00:49:41    Desc Imaged
                    Certificate of Notice    Page 1 of 2

FILED
10/13/17 11:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | Bankruptcy No. 17-22278 TPA |
| John V. DiFelice, : | Chapter 13 |
|    Debtor : | |
| : | |
| John V. DiFelice, : | |
|    Movant : | Rel to Doc No. 35 |
| : | |
| v. : | |
| : | |
| Sterns Lending LLC c/o Loancare, : | |
|    Respondent : | |

### ORDER OF COURT

AND NOW, to wit, this 12th day of October, 2017, it is hereby ORDERED, ADJUDGED, and DECREED, that the Debtor, John DiFelice is granted permission to participate in the Loss Mitigation Program having filed a late Request for Loss Mitigation.

_____
Honorable Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-22278-TPA
John V. DiFelice                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut                Page 1 of 1              Date Rcvd: Oct 13, 2017
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 15, 2017.
db             +John V. DiFelice,    326 East Beau St.,    Washington, PA 15301-3638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 13, 2017 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
          Jeffrey R.  Hunt    on behalf of Creditor    Borough of East Washington jhunt@grblaw.com,
           cnoroski@grblaw.com
          Kenneth  Steidl    on behalf of Debtor John V. DiFelice julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
           einberg.com;r53037@no
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J.  Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J.  Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6