IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| John V. Difelice, | ) | Case No. 17-22278 TPA |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| John V. Difelice, | ) | Related to Document No. 48 |
| Social Security No. XXX-XX- 9123 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| T. P. Electric, Inc. and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| *Respondents* | ) | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on October 25, 2017, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

T.P. Electric Inc.
Attn: Payroll Dept.
3252 State Route 31
Acme, PA 15610

Date of Service:    October 25, 2017    /s/ Kenneth Steidl
                                                               Kenneth Steidl, Esquire
                                                            STEIDL & STEINBERG
                                                            28th Floor, Gulf Tower
                                                            707 Grant Street
                                                            Pittsburgh, PA 15219
                                                           (412) 391-8000
                                                           ken.steidl@steidl-steinberg.com