FILED
10/27/17 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| John V. Difelice, | ) | Case No. 17-22278 |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| John V. Difelice, | ) | Document No. WO-1 |
| Social Security No. XXX-XX- 9123 | ) | |
| *Movant* | ) | Related to Document No. 50 |
| | ) | |
| *vs.* | ) | |
| | ) | |
| T. P. Electric, Inc. and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| *Respondents* | ) | |

## ORDER OF COURT

AND NOW, to wit, this ____27th____ day of _____October_____, 2017, it is hereby ORDERED, ADJUDGED, and DECREED, that the wage attachment affecting the wages of John Difelice be terminated immediately.

Employer:

       **T. P. Electric Inc.**
       **Attn: Payroll Dept.**
       **3252 State Route 31**
       **Acme, Pa 15610**

_____
U.S. Bankruptcy Judge

vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-22278-TPA
John V. DiFelice                                                          Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: mgut    Page 1 of 1    Date Rcvd: Oct 27, 2017
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2017.
db          +John V. DiFelice,   326 East Beau St.,   Washington, PA 15301-3638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2017 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor    Borough of East Washington jhunt@grblaw.com, cnoroski@grblaw.com
      Kenneth Steidl    on behalf of Debtor John V. DiFelice julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 6