FILED
10/27/17 3:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| John V. Difelice, ) | Case No. 17-22278 |
| *Debtor* ) | Chapter 13 |
| ) | |
| John V. Difelice, ) | Document No. WO-1 |
| Social Security No. XXX-XX- 9123 ) | |
| *Movant* ) | Related to Document No. 51 |
| ) | |
| *vs.* ) | |
| ) | |
| Blackhawk Neff Inc. and ) | |
| Ronda J. Winnecour, Trustee, ) | |
| *Respondents* ) | |

## ORDER TO PAY TRUSTEE

The above-named debtor having filed a Chapter 13 petition

IT IS THEREFORE, ORDERED that until further order of this Court, the entity from whom the debtor receives income:

**Blackhawk Neff Inc.**
**Attn: Payroll Department**
**805 Northgate Circle**
**New Castle, Pa 16105**

deduct from said income the sum of **$310.00 from each weekly paycheck** beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor and to remit the deductible sums ON AT LEAST A MONTHLY BASIS to:

Ronda Winnecour
Chapter 13 Trustee, W.D. PA
P. O. Box 84051
Chicago, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.

   IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

   IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF SAID DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

   IT IS FURTHER ORDERED that this order supersedes previous orders made to the subject entity in this case.

   IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to the Court.

   DATED this _____27th_____ day of _____October_____, 2017.

_____
U.S. BANKRUPTCY JUDGE   vas

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely
making of all monthly plan payments to the Chapter 13 Trustee, either in whole or in
part, until such time as the automatic paycheck withdrawals by the employer or other
automatic attachments such as automatic bank transfers or welfare checks begin.  The
first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.
Any failure to timely remit full Plan payments to the Trustee may result in the dismissal
of the case after notice and hearing.  Employers and others who fail to withhold funds
and pay them over to the Trustee as ordered herein may be subject to sanctions
including damages to the debtor(s) and this estate.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
John V. DiFelice  
     Debtor

Case No. 17-22278-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: mgut    Page 1 of 1    Date Rcvd: Oct 27, 2017  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2017.  
db         +John V. DiFelice,   326 East Beau St.,   Washington, PA 15301-3638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2017 at the address(es) listed below:  
         James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com  
         Jeffrey R. Hunt    on behalf of Creditor    Borough of East Washington jhunt@grblaw.com, cnoroski@grblaw.com  
         Kenneth Steidl    on behalf of Debtor John V. DiFelice julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                            TOTAL: 6