IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-22278 TPA |
| John V. DiFelice, | : | Chapter 13 |
| Debtor | : | |
| | : | Related to Docket No. 56 |
| John V. DiFelice, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Sterns Lending LLC c/o Loancare, | : | |
| Respondent | : | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on October 30, 2017, a true and correct copy of the *Loss Mitigation Order* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour
Suite 3250, US Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Francis S. Hallinan
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard
Philadelphia, Pa 19103

Sterns Lending LLC c/o Loancare
3637 Sentara Way
Virginia Beach, VA 23452

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15219

John DiFelice
326 East Beau St.
Washington, PA 15301

Date of Service: October 30, 2017

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com
PA I.D. No. 34965