IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| John V. Difelice, | ) | Case No. 17-22278 TPA |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| John V. Difelice, | ) | Related to Document No. 55 |
| Social Security No. XXX-XX- 9123 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Blackhawk Neff Inc. and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| *Respondents* | ) | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on October 30, 2017, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Blackhawk Neff Inc.
Attn: Payroll Dept.
805 Northgate Circle
New Castle, PA 16105

Date of Service:    October 30, 2017        /s/ Kenneth Steidl
                                                                    Kenneth Steidl, Esquire
                                                                    STEIDL & STEINBERG
                                                                    28th Floor, Gulf Tower
                                                                    707 Grant Street
                                                                    Pittsburgh, PA 15219
                                                                    (412) 391-8000
                                                                    ken.steidl@steidl-steinberg.com