**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | **Bk. No. 17-22278 TPA** |
| **JOHN V. DIFELICE** | : | |
| | : | **Chapter No.  13** |
| **Debtor** | : | |
| | : | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears for **STEARNS LENDING,**

**LLC** ("the Creditor"), and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and

§1109(b) of the Bankruptcy Code, with regards to the real property, located at 326 EAST BEAU

STREET, WASHINGTON, PA 15301-3638 with the mortgage recorded on May 14, 2014

Instrument Number 201414802 demands that all notices that are required to be given in this case

and all papers that are required to be served in this case, be given to and served upon the

undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy

Code, the foregoing demand includes not only the notices and papers referred to in the Rules

specified above, but also includes, without limitation, orders and notices of any application,

motion, petition, pleading, request, complaint or demand, whether formal or informal, whether

written or oral whether transmitted or conveyed by mail, delivered, telephone, telegraph, telex or

otherwise which affect or seek to affect in any way the Creditor's rights or interest, with respect

to Debtor or the property on which Creditor holds a first mortgage lien.

November 21, 2017

/s/ Jerome Blank, Esquire
Jerome Blank, Esq., Id. No.49736
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31625
Fax Number: 215-568-7616
Email: jerome.blank@phelanhallinan.com