IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-22278 TPA |
| John V. DiFelice, | : | Chapter 13 |
|     Debtor | : | |
| | : | Related to Docket No. 64 |
| John V. DiFelice, | : | |
|     Movant | : | Hearing Date and Time: |
| | : | January 10, 2018 at 11:00 AM |
| v. | : | |
| | : | |
| Sterns Lending LLC c/o Loancare, | : | |
|     Respondent | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 22, 2017, a true and correct copy of the *Order of Court dated December 21, 2017* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour
Suite 3250, US Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Jerome Blank
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard
Philadelphia, Pa 19103

Sterns Lending LLC c/o Loancare
3637 Sentara Way
Virginia Beach, VA 23452

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15219

John DiFelice
326 East Beau St.
Washington, PA 15301

Date of Service: December 22, 2017

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com
PA I.D. No. 34965