IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JOHN DIFELICE | : | Case No. 17-22278-TPA |
| *Debtor* | : | Chapter 13 |
| | : | |
| JOHN DIFELICE | : | Related to Doc Nos. 37, 56, 63 |
| *Movant* | : | |
| | : | |
| v. | : | |
| | : | |
| LOANCARE | : | |
| *Respondent* | : | Hearing: January 10, 2018 at 11:00 A.M. |

## ORDER

On December 20, 2017, the Debtor filed a ***Loss Mitigation Status Report*** at Document No. 63 ("Status Report"), indicating the Debtor **is not** current with all adequate protection payments pursuant to the LMP. Debtor changed employers and the wage attachment did not take effect in time. Therefore,

*AND NOW*, this **21st** day of ***December, 2017,*** it is hereby **ORDERED, ADJUDGED and DECREED** that*:*

(1) A ***Status Conference*** on compliance with the pending *Loss Mitigation Order*, dated December 12, 2012, is scheduled on ***January 10, 2018*** at ***11:00 A.M.*** in Courtroom C, 54th Floor, U.S. Steel Building, 600 Grant Street, Pittsburgh, PA 15219.

(2) The Court requires Counsel appearing for the Respondent/Creditor, or in addition to Counsel anyone else appearing on Respondent's behalf, to have full and complete knowledge of the file and status of the case so that Counsel is capable of answering any/all of the

Court's questions regarding the status of the pending LMP application and Debtor not being current with all adequate protection payments. Debtor shall upload a copy of this Order on the Portal.

(3) The Movant shall immediately serve a copy of this *Order* on the Respondent and Counsel for the Respondent, and file a certificate of service within five (5) days.

_____vas_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
    Debtor(s)
    Counsel for Debtor(s)
    Ronda Winnecour, Esq., Ch. 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-22278-TPA
John V. DiFelice                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Dec 21, 2017
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.
db          +John V. DiFelice,    326 East Beau St.,    Washington, PA 15301-3638

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    Borough of East Washington jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jerome B. Blank    on behalf of Creditor    Stearns Lending, LLC pawb@fedphe.com
        Kenneth Steidl    on behalf of Debtor John V. DiFelice julie.steidl@steidl-steinberg.com,
         ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
         nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
         einberg.com;rlager@st
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                      TOTAL: 7