FILED
1/11/18 9:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.:  17-22278-TPA |
| John V. DiFelice | : | Chapter:  13 |
| *Debtor(s).* | : | Date:  1/10/2018 |
| | : | Time:  11:00 |

## PROCEEDING MEMO

**MATTER:**   #64 Status Conf. on LMP

**APPEARANCES:**
Debtor:     Abigail Steidl
Trustee:    Ronda Winnecour
Loancare:   James Prostko

**NOTES:**

Steidl:     Backgound of matters given.  Matters re payments have been resolved.  Wage attachment in place.

Prostko:    All of the documents have been submitted.

**OUTCOME:**   All matters track the outcome of LMP.  No further order needed.

vas