# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** JOHN V. DIFELICE
**Case Number:** 17-22278-TPA    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JUNE 14, 2018 01:30 PM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 PGH TRUSTEE

### Matter:

#15 - Final Confirmation of Plan Dated 6/15/17 NFC
R / M #: 15 / 0

### Appearances:

Debtor: J. Steidl
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

*[Handwritten note: No payments since Jan 2016. Arrears thru 5/18 $8677]*

### Proceedings:

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other: The Trustee requests dismissal without prejudice, and debtor(s)' counsel has no objection to dismissal.

**For Judge Agresti**
Student Loan Debt: _____ent on student loan debt differs in
any respect to that    :rences and reasons for disparate
treatment: _____

FILED
JUN 26 2018
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

6/5/2018    2:05:57PM