Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **John V. DiFelice** | : | Case No. 17−22278−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Per June 14, 2018 proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 26th of June, 2018,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 17-22278-TPA
John V. DiFelice                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lmar              Page 1 of 2              Date Rcvd: Jun 26, 2018
                              Form ID: 309            Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2018.
```
db            +John V. DiFelice,    326 East Beau St.,    Washington, PA 15301-3638
cr            +Borough of East Washington,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
               Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
14636703      +Bank of America,    PO Box 982284,    El Paso, TX 79998-2284
14680335      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14674117      +Borough of East Washington,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14636704       Canonsburg Hospital,    c/o Escallate LLC,    PO Box 645425,    Detroit, MI 48264-5425
14636708      +East Washington Borough & Washington,    School District,    c/o Keystone Municipal Collections,
               15 Thayer Street,    Washington, PA 15301-3628
14636709      +Emergency Care Physicians of Washington,    c/o AR Resources Inc.,    PO Box 1056,
               Blue Bell, PA 19422-0287
14636710      +Encore Receivable Management Inc.,    PO Box 48458,    Oak Park, MI 48237-6058
14636711      +Fifth Third Bank,    c/o Allied Interstate,    PO Box 361445,    Columbus, OH 43236-1445
14636715       James Valecko, Esquire,    Weltman, Weinberg & Reis Co., LPA,    436 7th Avenue, Suite 2500,
               Pittsburgh, PA 15219-1842
14636718      +Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Boulevard,    Suite 1400,
               Philadelphia, PA 19103-1814
14636719      +Sterns Lending LLC,    c/o Loancare,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
14636721      +Target,    c/o TD Bank,    Weinstein & Riley PC,    2001 Western Avenue, Suite 400,
               Seattle, WA 98121-3132
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14636702      +EDI: CCS.COM Jun 27 2018 05:53:00      Allstate Insurance,    c/o Credit Collection Services,
               725 Canton Street,    Norwood, MA 02062-2679
14636705       EDI: CAPITALONE.COM Jun 27 2018 05:53:00      Capital One Bank,    PO Box 71083,
               Charlotte, NC 28272-1083
14636706       EDI: ECAST.COM Jun 27 2018 05:53:00      Citibank,    c/o Ecast Settlement Corporation,
               PO Box 29262,    New York, NY 10087-9262
14647501       EDI: DISCOVER.COM Jun 27 2018 05:53:00      Discover Bank,    Discover Products Inc,
               PO Box 3025,    New Albany, OH  43054-3025
14636707       EDI: DISCOVER.COM Jun 27 2018 05:53:00      Discover Card,    PO Box 3025,
               New Albany, OH 43054-3025
14636712      +EDI: CRFRSTNA.COM Jun 27 2018 05:53:00      Firestone,    c/o Credit First,    PO Box 818011,
               Cleveland, OH 44181-8011
14636713      +EDI: PRA.COM Jun 27 2018 05:53:00      Home Depot,    c/o Portfolio Recovery Associates,
               PO Box 12914,    Norfolk, VA 23541-0914
14636714      +EDI: IRS.COM Jun 27 2018 05:53:00      Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
14718856       EDI: CAUT.COM Jun 27 2018 05:53:00      JPMorgan Chase Bank, N.A.,    Bankruptcy Department,
               P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
14708171      +EDI: MID8.COM Jun 27 2018 05:53:00      Midland Funding LLC,    PO Box 2011,
               Warren, MI 48090-2011
14636716      +EDI: AGFINANCE.COM Jun 27 2018 05:53:00      One Main Financial,    PO Box 70911,
               Charlotte, NC 28272-0911
14699521       EDI: PRA.COM Jun 27 2018 05:53:00      Portfolio Recovery Associates, LLC,    POB 12914,
               Norfolk VA 23541
14637682      +EDI: PRA.COM Jun 27 2018 05:53:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
14650953       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 27 2018 02:27:35
               Pennsylvania Department of Revenue,    Bankruptcy division,    P O Box 280946,
               Harrisburg P A 17128-0946
14636717       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 27 2018 02:27:34
               Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
               Harrisburg, PA 17128-0946
14636720       EDI: RMSC.COM Jun 27 2018 05:53:00      Synchrony Bank,    PO Box 965035,
               Orlando, FL 32896-5035
14703983       EDI: ECAST.COM Jun 27 2018 05:53:00      eCAST Settlement Corporation,    PO Box 29262,
               New York NY 10087-9262
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             JPMORGAN CHASE BANK, N.A.
cr             Stearns Lending, LLC
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 3, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2           User: lmar                  Page 2 of 2                  Date Rcvd: Jun 26, 2018
                               Form ID: 309                Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Stearns Lending, LLC pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of East Washington jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jerome B. Blank    on behalf of Creditor    Stearns Lending, LLC pawb@fedphe.com
              Kenneth Steidl    on behalf of Debtor John V. DiFelice julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```