**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOHN V. DIFELICE<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:17-22278 TPA<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/01/2017 and confirmed on 09/18/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 4,340.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 4,340.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 833.51 | |
|    Trustee Fee | 181.04 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,014.55 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
|   STEARNS LENDING LLC | 0.00 | 3,325.45 | 0.00 | 3,325.45 |
|     Acct: 8383 | | | | |
|   STEARNS LENDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8383 | | | | |
|   EAST WASHINGTON BOROUGH (TRASH) | 185.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0600 | | | | |
|   EAST WASHINGTON BOROUGH (TRASH) | 244.77 | 0.00 | 0.00 | 0.00 |
|     Acct: 0600 | | | | |
|   JPMORGAN CHASE BANK NA | 17,500.31 | 0.00 | 0.00 | 0.00 |
|     Acct: 2003 | | | | |
| | | | | 3,325.45 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN V. DIFELICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 833.51 | 0.00 | 0.00 |
|     Acct: | | | | |

| 17-22278 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| KEYSTONE MUNIC COLLECTIONS** NOW ⊦ | 1,153.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9123 | | | | |
| INTERNAL REVENUE SERVICE* | 15,502.17 | 0.00 | 0.00 | 0.00 |
| Acct: 9123 | | | | |
| PA DEPARTMENT OF REVENUE* | 1,879.97 | 0.00 | 0.00 | 0.00 |
| Acct: 9123 | | | | |

***N O N E***

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BANK OF AMERICA NA** | 5,662.46 | 0.00 | 0.00 | 0.00 |
| Acct: 6600 | | | | |
| ESCALLATE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0191 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 5,952.94 | 0.00 | 0.00 | 0.00 |
| Acct: 2090 | | | | |
| ECAST SETTLEMENT CORP | 2,012.93 | 0.00 | 0.00 | 0.00 |
| Acct: 7233 | | | | |
| DISCOVER BANK(*) | 10,259.66 | 0.00 | 0.00 | 0.00 |
| Acct: 8365 | | | | |
| AR RESOURCES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0400 | | | | |
| FIFTH THIRD BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4875 | | | | |
| FIRESTONE/CREDIT FIRST NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9523 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,861.81 | 0.00 | 0.00 | 0.00 |
| Acct: 4282 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 10,915.33 | 0.00 | 0.00 | 0.00 |
| Acct: 5446 | | | | |
| MIDLAND FUNDING LLC | 1,334.51 | 0.00 | 0.00 | 0.00 |
| Acct: 4866 | | | | |
| TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6875 | | | | |
| INTERNAL REVENUE SERVICE* | 614.57 | 0.00 | 0.00 | 0.00 |
| Acct: 9123 | | | | |
| PA DEPARTMENT OF REVENUE* | 115.10 | 0.00 | 0.00 | 0.00 |
| Acct: 9123 | | | | |
| CREDIT FIRST NA* | 1,002.19 | 0.00 | 0.00 | 0.00 |
| Acct: 9123 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4866 | | | | |
| BERNSTEIN-BURKLEY PC (FORMERLY FO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ENCORE RECEIVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES P VALECKO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                                                       3,325.45

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 18,535.14 |
| SECURED | 17,930.08 |
| UNSECURED | 41.731.50 |

Date: 08/02/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com